■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD CAREY, Appellant.—Judgment unanimously affirmed. Memorandum: Although defendant had the right to be present during the *Sandoval* hearing *(see, People v Dokes,* 79 NY2d 656), the record supports a finding that defendant knowingly, voluntarily, and intelligently waived his right to be present *(see, People v Parker,* 57 NY2d 136, 140; *cf., People v Gaines,* 144 AD2d 941). Defendant has failed to preserve for our review his contention that comments made by the prosecutor during summation deprived him of a fair trial *(see,* CPL 470.05 [2]), and we decline to reach that issue in the interest of justice *(see, People v Demott,* 178 AD2d 935, *lv denied* 79 NY2d 946). In any event, the comments represented a fair response to the summation of defense counsel *(see, People v Price,* 144 AD2d 1013, *lv denied* 73 NY2d 895). (Appeal from Judgment of Erie County Court, D'Amico, J.—Grand Larceny, 4th Degree.) Present—Boomer, J. P., Green, Balio, Fallon and Davis, JJ.